**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 05-6058**

---

STEPHEN SHIELDS,

                              Plaintiff - Appellant,

        versus

FAIRFAX COUNTY PUBLIC SCHOOLS; CAROLYN
ROBINSON, Fairfax County Public Schools;
SHERMAN HARRISTON, Fairfax County Public
Schools; EMANUEL CALLOWAY, Fairfax County
Public Schools,

                              Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Walter D. Kelley, Jr., District
Judge.  (CA-04-631-2)

---

Submitted:  April 28, 2005          Decided:  May 6, 2005

---

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Stephen Shields, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stephen Shields appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Shields v. Fairfax County Pub. Sch., No. CA-04-631-2 (E.D. Va. Dec. 10, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED